**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY:  KATELYN M. KNIGHT**
Deputy City Attorney, SBN 264573
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:     (707) 648-4545
Fax:     (707) 648-4687
Email: katelyn.knight@cityofvallejo.net

Attorneys for Defendants, CITY OF VALLEJO and BRIAN MURPHY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY GRAFF, an individual | Case No.  2:18-cv-02848-KJM-CKD |
| Plaintiff, | **DECLARATION OF KATELYN M. KNIGHT IN SUPPORT OF MOTION TO STAY  CASE PENDING RESOLUTION OF CRIMINAL ACTION, OR IN THE ALTERNATIVE TO DISMISS STATE CLAIMS** |
| vs. | |
| CITY OF VALLEJO,  a municipal corporation; BRIAM MURPHY as an individual and in his official capacity as a police officer for the VALLEJO POLICE DEPARTMENT; and DOES 1-50, inclusive, | **Date:** September 20, 2019<br>**Time:** 10:00 a.m.<br>**Ctrm:** 3 |
| Defendant. | |

I, Katelyn M. Knight, declare and state:

1.      I am an attorney-at-law licensed to practice in the State of California and I am a Deputy City Attorney in the Vallejo City Attorney's Office.  I am the attorney responsible for handling the defense of this matter on behalf of the City of Vallejo and Officer Murphy.  I have personal knowledge of the matters set forth in this Declaration, except where stated on information and belief, and could and would competently testify to them under oath if called as a witness.

2.      I have reviewed the audio recordings from the 911 calls in this case, body-worn camera footage of the entire incident, and the police report pertaining to this matter.  This case arises from the arrest of Sherry Graff on April 24, 2018.  Officer Murphy responded to a 911 call reporting a disturbance.  After speaking with an individual at Ms. Graff's house and with Ms.

Graff, Officer Murphy observed that she had difficulty keeping track of her thoughts and was speaking incoherently.    Officer Murphy administered a 7-step DAR test (drug abuse recognition).  Based on Ms. Graff's performance, and Officer Murphy's experience and training, Officer Murphy developed probable cause to believe that she was under the influence of a controlled substance.

3.      Officer Murphy advised Ms. Graff that she was being placed under arrest and asked her to place her hands behind her back.  Ms. Graff became upset and would not cooperate. Officer Murphy spoke calmly and gave multiple warnings and commands over the course of almost two minutes before taking hold of Ms. Graff's wrist to place her in handcuffs.  At that point, Ms. Graff began to violently struggle.  Officer Murphy continued to give commands and Ms. Graff continued to struggle, resulting in injury.  Officer Murphy transported Ms. Graff to Kaiser where the treating doctor elected to keep her overnight, and Officer Murphy released Ms. Graff to the hospital's care with a promise to appear in Court.

4.      On October 24, 2018, Ms. Graff filed the present civil rights action against the City of Vallejo and Officer Murphy.   The Complaint asserts causes of under the Fourth Amendment on theories of excessive force and unlawful detention and arrest, as well as for violation of the Bane Act, assault and battery, negligence, and false imprisonment against Officer Murphy.  The Complaint also asserts a *Monell* claim against the City of Vallejo and a cause of action for violation of the Americans with Disabilities Act against both defendants.   Among other things, the Complaint alleges that "the District Attorney refused to prosecute Ms. Graff on the bogus criminal charges." alleging that her arrest was unlawful and that Officer Murphy used excessive force in effecting the arrest.

5.      At the end of June 2019, I learned that a criminal complaint was filed against Ms. Graff on September 6, 2018.  I obtained a copy of the criminal case file, reviewed the criminal complaint, and confirmed that the criminal complaint arises from Ms. Graff's arrest on April 24, 2018 and charges Ms. Graff with one count of resisting arrest in violation of Penal Code § 148(a)(1) and one count of being under the influence of a controlled substance in violation of Health & Safety Code § 11550(a).   A true and correct copy of the criminal complaint filed

against Sherry Graff is attached hereto as Exhibit A.  I also reviewed the docket for the criminal case and printed a copy.  The docket shows that Ms. Graff failed to appear and the Court issued a bench warrant for her arrest.  A true and correct copy of the online docket for the criminal case is attached hereto as Exhibit B.

6.      After producing the criminal file in discovery, I reached out to Plaintiff's counsel Patrick Buelna to meet and confer regarding a stay of the present action pending resolution of the criminal case.  Mr. Buelna advised that Plaintiff would not stipulate to a stay at this time as he did not believe it was necessary.

Executed on this 8th day of August, 2019, at Vallejo, California.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

*/s/ Katelyn M. Knigh*t
Katelyn M. Knight

---

**Case No. 2:18-cv-02848-KJM-CKD**

**DECLARATION OF
KATELYN M. KNIGHT**

# EXHIBIT A

2018 SEP -6  AM 10: 15

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SOLANO

THE PEOPLE OF THE STATE OF CALIFORNIA,

                               Plaintiff

                   vs.

SHERRY LYNNE GRAFF (01/25/1966)

                             Defendant

Case No. VCR229945

MISDEMEANOR COMPLAINT

The undersigned is informed and believes that:

## COUNT 1

On or about April 24, 2018, defendant SHERRY LYNNE GRAFF did commit a misdemeanor namely: RESIST, OBSTRUCT, DELAY OF PEACE OFFICER OR EMT, a violation of Section 148(a)(1) of the Penal Code of the State of California, County of Solano, in that said defendant did willfully and unlawfully resist, delay and obstruct OFFICER MURPHY who was then and there a peace officer attempting to and discharging the duty of his/her office and employment.

## COUNT 2

On or about April 24, 2018, defendant SHERRY LYNNE GRAFF did commit a misdemeanor namely: UNDER INFLUENCE OF A CONTROLLED SUBSTANCE, a violation of Section 11550(a) of the Health & Safety Code of the State of California, County of Solano, in that said defendant did unlawfully use and be under the influence of a controlled substance, to wit, METHAMPHETAMINE. "NOTICE: Conviction of this offense will require you to register pursuant to Health and Safety Code section 11590. Failure to do so is a crime pursuant to Health and Safety Code section 11594."

**DISCOVERY REQUEST PURSUANT TO PENAL CODE SECTION 1054/1054.7:**
Pursuant to Penal Code sections 1054 through 1054.7, the People request that, within fifteen (15) days, the defendant and/or his/her attorney disclose: (a) The names and addresses of persons, other than the defendant, he/she intends to call as witnesses at trial, together with any relevant written or recorded statements of experts made in connection with the case, and including the results of physical or mental examinations, scientific tests, experiments, or comparisons which the defendant intends to offer in evidence at the trial. This request is a continuing request, to cover not only all such material currently in existence, but also all material which comes into existence to the conclusion of this case.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS COMPLAINT CONSISTS OF 2 COUNTS.

Executed at Vallejo, California, on September 4, 2018.

_____
CAITLIN S. KEANE
DECLARANT AND COMPLAINANT

AGENCY: VALLEJO POLICE
DEPARTMENT

D.A. NO.: V181236

Arresting Officer: Murphy, Badge #667

| DEFENDANT | CII NO | DOB | BOOKING NO | CUSTODY R'TN DATE |
|---|---|---|---|---|
| Sherry Lynne Graff | | 01/25/1966 | *** | |

Page 2

# EXHIBIT B

## Report Selection Criteria

**Case ID:**　　　　VCR232945
**Docket Start Date:**
**Docket Ending Date:**

## Case Description

**Case ID:**　VCR232945 - People vs. SHERRY LYNNE GRAFF - DMS
**Filing Date:**　Thursday , September 06th, 2018
**Type:**　M5 - Vallejo Misdemeanor - Group A
**Status:**　BWI - BENCH WARRANT ISSUED

## Related Cases

*No related cases were found.*

## Case Event Schedule

*No case events were found.*

## Case Parties

| Seq # | Assoc | Party End Date | Type | Name |
|---|---|---|---|---|
| 2 | | | JUDGE | **WIESER, JR., RAYMOND C.** |
| **Address:** *unavailable* | | | **Aliases:** | *none* |
| | | | | |
| 3 | | | DEFENDANT | **GRAFF, SHERRY LYNNE** |
| **Address:** *unavailable* | | | **Aliases:** | *none* |
| | | | | |

## Docket Entries

| Filing Date | Description | Name | Monetary |
|---|---|---|---|
| 06-SEP-2018 09:08 AM | COMPLAINT FILED BY DA | | |
| **Entry:** | *none.* | | |
| | | | |
| 16-OCT-2018 09:09 AM | DA NUMBER | | |
| **Entry:** | V181236 | | |

| 16-OCT-2018 09:09 AM | AGENCY | | |
|---|---|---|---|
| **Entry:** | VJPD | | |

| 16-OCT-2018 09:09 AM | CITATION | | |
|---|---|---|---|
| **Entry:** | A347255 | | |

| 16-OCT-2018 09:09 AM | POLICE REPORT NUMBER | | |
|---|---|---|---|
| **Entry:** | 18-4827 | | |

| 16-OCT-2018 09:09 AM | DMV TELETYPE | | |
|---|---|---|---|
| **Entry:** | *none.* | | |

| 16-OCT-2018 09:09 AM | COURT INFO SHEET FROM DA | | |
|---|---|---|---|
| **Entry:** | *none.* | | |

| 22-OCT-2018 02:31 PM | CALENDAR NOTES | | |
|---|---|---|---|
| **Entry:** | ARR SET FOR 11/30/2018 D24 830 *CGUT | | |

| 22-OCT-2018 02:41 PM | NOTICE SENT | | |
|---|---|---|---|
| **Entry:** | *none.* | | |

| 30-NOV-2018 02:58 PM | BENCH WARRANT ORDERED | | |
|---|---|---|---|
| **Entry:** | *none.* | | |

| 03-DEC-2018 03:53 PM | FAILURE TO APPEAR | | |
|---|---|---|---|
| **Entry:** | *none.* | | |

| 10:33 AM | | | |
|---|---|---|---|
| **Entry:** | SIGNED BY COMM. HOUGHTON FOR DEPT. 24/ycd | | |
| | | | |
| 27-MAR-2019<br>04:37 PM | BENCH WARRANT RECALLED | | |
| **Entry:** | PTA-ARR 4/26/19 0830 D24. LLEW | | |
| | | | |
| 03-APR-2019<br>02:38 PM | WARRANT RETURNED TO FILE | | |
| **Entry:** | 12-04-18 RWIL | | |
| | | | |
| 26-APR-2019<br>02:41 PM | BENCH WARRANT ORDERED | | |
| **Entry:** | *none.* | | |
| | | | |
| 26-APR-2019<br>02:50 PM | FAILURE TO APPEAR | | |
| **Entry:** | *none.* | | |
| | | | |
| 29-APR-2019<br>10:31 AM | BENCH WARRANT ISSUED | | |
| **Entry:** | SIGNED BY COMM. WIESER, RETURNED W/M.O. TO RECORDS/ycd | | |
| | | | |