**RANDY J. RISNER**
Interim City Attorney, SBN 172552
**BY: KATELYN M. KNIGHT**
Deputy City Attorney, SBN 264573
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA 94590
Tel: (707) 648-4545
Fax: (707) 648-4687
Email: katelyn.knight@cityofvallejo.net

Attorneys for Defendants CITY OF VALLEJO and BRIAN MURPHY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SHERRY GRAFF, an individual<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF VALLEJO, a municipal corporation; BRIAM MURPHY as an individual and in his official capacity as a police officer for the VALLEJO POLICE DEPARTMENT; and DOES 1-50, inclusive,<br><br>Defendant. | Case No. 2:18-cv-02848-KJM-CKD<br><br>**STIPULATION AND ORDER TO STAY CASE PENDING RESOLUTION OF CRIMINAL ACTION** |

**WHEREAS** this case arises from the arrest of Sherry Graff on April 24, 2018;

**WHEREAS** the District Attorney brought charges against Ms. Graff for resisting arrest in violation of Penal Code § 148(a)(1) and being under the influence of a controlled substance in violation of Health & Safety Code § 11550(a) in connection with her arrest on April 24, 2018, which case is currently pending in the Solano County Superior Court, Case No. VCR232945;

**WHEREAS** a conviction in the criminal case may bar some or all of Plaintiff's claims against Defendants under *Heck v. Humphrey*, 512 U.S. 477 (1994);

**WHEREAS** California Government Code § 945.3 precludes Plaintiff from litigating her claims under State law against Officer Murphy and the City of Vallejo while the criminal case is pending;

**WHEREAS** Defendants filed a contested motion for stay on August 8, 2019, which was taken under submission by the Court but has not yet been ruled upon;

**WHEREAS** Plaintiff was previously unwilling to stipulate to a stay, but now believes that a stay is appropriate;

**IT IS HEREBY STIPULATED** by and between the parties to this action through their counsel that this case be stayed pending resolution of criminal proceedings against Plaintiff Sherry Graff currently pending in Solano County Superior Court.

DATED: February 19, 2020 Respectfully submitted,

*/s/ Patrick Buelna*
PATRICK BUELNA
Attorney for Plaintiff SHERRY GRAFF

DATED: February 19, 2020 Respectfully submitted,

*/s/ Katelyn M. Knight*
KATELYN M. KNIGHT
Deputy City Attorney
Attorneys for Defendants, CITY OF VALLEJO and BRIAN MURPHY

ORDER

Defendants' motion to stay, ECF No. 12, is hereby denied as MOOT.

**IT IS SO ORDERED.**

DATED: March 3, 2020.

CHIEF UNITED STATES DISTRICT JUDGE

Case No. 2:18-cv-02848-KJM-CKD                                    STIPULATION FOR STAY
-2-