**VERONICA A.F. NEBB**
City Attorney, SBN 140001
**BY:    FARRAH Y HUSSEIN**
Assistant City Attorney, SBN 305726
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA  94590
Tel:    (707) 648-4545
Fax:    (707) 648-4687
Email: Farrah.hussein@cityofvallejo.net

Attorneys for Defendants, CITY OF VALLEJO and BRIAN MURPHY

JOHN L. BURRIS, SBN 69888
ADANTE D. POINTER, SBN 236229
PATRICK M. BUELNA, SBN 317043
LAW OFFICE OF JOHN L. BURRIS
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Fax: (510) 839-3882
Email: john.burris@johnburrislaw.com
    Adante.pointer@johnburrislaw.com
    Patrick.buelna@johnburrislaw.com

Attorneys for Plaintiff, SHERRY GRAFF

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SHERRY GRAFF, an individual<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF VALLEJO, a municipal corporation; BRIAN MURPHY as an individual and in his official capacity as a police officer for the VALLEJO POLICE DEPARTMENT; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.  2:18-cv-02848-DAD-CKD<br><br>**JOINT STATUS REPORT** |

Case No.  2:18-cv-02848-DAD-CKD                    JOINT STATUS REPORT

-1-

Pursuant to the Court's order dated May 13, 2022, the parties submit the following joint status report:

This Court granted a stay of this case on March 3, 2020 in light of Plaintiff's pending criminal case in the Solano County Superior Court, Case No. VCR232945. The parties have been monitoring the docket closely as the criminal case has been in bench warrant status for over three (3) years. Counsel for Defendants spoke to Plaintiff's public defender before filing this joint status report and learned they've lost contact with her.

Since this Court granted the stay, Plaintiff has not made any appearances in her underlying criminal matter. The following is a summary of the activity in Plaintiff's criminal case:

- September 6, 2018 - the District Attorney filed a criminal complaint;
- November 30, 2018 - Plaintiff failed to appear at her arraignment and a bench warrant was issued and notice was sent to Plaintiff;
- December 3, 2018 - Plaintiff failed to appear in court;
- December 4, 2018 - a bench warrant was issued for Plaintiff's arrest;
- March 27, 2019 - the bench warrant was recalled, and Plaintiff was ordered to appear at arraignment on April 26, 2019;
- April 26, 2019 - Plaintiff failed to appear;
- April 29, 2019 - a bench warrant was issued for Plaintiff's arrest;
- February 27, 2020 - counsel in Plaintiff's criminal matter made an appearance to clear her warrant in court on March 9, 2020;
- March 9, 2020 - Plaintiff failed to appear and remained in bench warrant status;
- May 24, 2021 - bench warrant was recalled, and arraignment was scheduled;
- July 16, 2021 - Plaintiff failed to appear at arraignment and a bench warrant issued;
- October 6, 2021 - Plaintiff posted bail;
- April 11, 2022 - Plaintiff forfeited bail and a bench warrant was issued;

- May 2, 2022 - Plaintiff signed a promise to appear at her next court date on June 30, 2022;
- June 30, 2022 - Plaintiff failed to appear and her bond was reinstated in the amount of $9,000.00;
- January 13, 2023 - Plaintiff's trial is scheduled to begin.

DATED: November 17, 2022                                Respectfully submitted,

                                                           */s/Farrah Y. Hussein*
                                                           FARRAH Y. HUSSEIN,
                                                           Assistant City Attorney
                                                           Attorney for Defendants,
                                                           CITY OF VALLEJO and
                                                           BRIAN MURPHY

DATED: November 17, 2022

                                                           */s/Patrick M. Buelna*
                                                           PATRICK M. BUELNA,
                                                           Attorney for Plaintiff,
                                                           SHERRY GRAFF