**VERONICA A.F. NEBB**
City Attorney, SBN 140001
**BY:    FARRAH Y HUSSEIN**
Assistant City Attorney, SBN 305726
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA  94590
Tel:    (707) 648-4545
Fax:    (707) 648-4687
Email: Farrah.hussein@cityofvallejo.net

Attorneys for Defendants, CITY OF VALLEJO and BRIAN MURPHY

ADANTE D. POINTER, SBN 236229
**PATRICK M. BUELNA**, SBN 317043
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert Street, Suite 208
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LAWYERSFTP.COM
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiff, SHERRY GRAFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SHERRY GRAFF, an individual<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF VALLEJO, a municipal corporation; BRIAN MURPHY as an individual and in his official capacity as a police officer for the VALLEJO POLICE DEPARTMENT; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No.  2:18-cv-02848-DAD-CKD<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's order dated May 13, 2022, the parties submit the following joint

---

Case No.  2:18-cv-02848-DAD-CKD                                      JOINT STATUS REPORT

-1-

status report:

This Court granted a stay of this case on March 3, 2020 in light of Plaintiff's pending criminal case in the Solano County Superior Court, Case No. VCR232945. The parties have been monitoring the docket closely as the criminal case was in bench warrant status for over three (3) years. Counsel for Defendants spoke to Plaintiff's public defender before filing this Joint Status Report and learned that she appeared at her January 13, 2023 hearing in Department 5 with the honorable Stephanie Grogan-Jones.

Judge Grogan-Jones dismissed the criminal case based on a motion from the District Attorney in the interest of justice. The parties are meeting and conferring on lifting the stay in this matter.

DATED:  May 18, 2023                     Respectfully submitted,


                                         */s/Farrah Y. Hussein*
                                         FARRAH Y. HUSSEIN,
                                         Assistant City Attorney
                                         Attorney for Defendants,
                                         CITY OF VALLEJO and
                                         BRIAN MURPHY


DATED:  May 18, 2023

                                         */s/Patrick M. Buelna*
                                         PATRICK M. BUELNA,
                                         Attorney for Plaintiff,
                                         SHERRY GRAFF