**VERONICA A.F. NEBB**
City Attorney, SBN 140001
**By:  KRISTOFFER S. JACOB**
Deputy City Attorney, SBN 320286
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA  94590
Tel:     (707) 648-4545
Fax:    (707) 648-4687
Email: kristoffer.jacob@cityofvallejo.net

Attorneys for Defendants, CITY OF VALLEJO and BRIAN MURPHY

ADANTE D. POINTER, SBN 236229
**PATRICK M. BUELNA**, SBN 317043
**POINTER & BUELNA, LLP**
LAWYERS FOR THE PEOPLE
155 Filbert Street, Suite 208
Oakland, CA 94607
Tel: 510-929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiff, SHERRY GRAFF

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY GRAFF, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY OF VALLEJO, a municipal corporation; BRIAN MURPHY as an individual and in his official capacity as a police officer for the VALLEJO POLICE DEPARTMENT; and DOES 1-50, inclusive,<br><br>        Defendants. | Case No.  2:18-cv-02848-DAD-CKD<br><br>**JOINT STATUS REPORT** |

Case No.  2:18-cv-02848-DAD-CKD                              JOINT STATUS REPORT

- 1 -

Pursuant to the Court's Order (Doc. No. 32), SHERRY GRAFF ("Plaintiff") and the CITY OF VALLEJO and BRIAN MURPHY ("Defendants"), by and through their designated counsel, have met and conferred as to further scheduling of this case and hereby jointly submit the following Status Report with proposed dates for the Court's consideration:

**Proposed Dates:**

| **DATE** | **ITEM** |
|---|---|
| May 24, 2024 | Expert Disclosures |
| June 24, 2024 | Rebuttal Expert Disclosures |
| July 24, 2024 | Non-Expert Discovery Cut Off |
| September 24, 2024 | Expert Discovery Cut Off |
| October 25, 2024 | Last day to File Dispositive Motions |
| December 2, 2024 | Last Day to Hear Dispositive Motions |
| March 31, 2025 | Pre-Trial Conference |
| June 30, 2025 | Trial |

The parties respectfully ask the Court to issue a pre-trial scheduling order based on the parties' proposed dates.

DATED:  June 22, 2023                         Respectfully submitted,

 */s/ Kristoffer S. Jacob*
KRISTOFFER S. JACOB
Deputy City Attorney
Attorney for Defendants, CITY OF VALLEJO and BRIAN MURPHY

DATED:  June 22, 2023                         */s/ Patrick M. Buelna*
PATRICK M. BUELNA,
Attorney for Plaintiff, SHERRY GRAFF