**VERONICA A.F. NEBB**
City Attorney, SBN 140001
**BY:  KRISTOFFER S. JACOB**
Assistant City Attorney, SBN 320286
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA  94590
Tel:     (707) 648-4545
Fax:    (707) 648-4687
Email: kristoffer.jacob@cityofvallejo.net

Attorneys for Defendants CITY OF VALLEJO and BRIAN MURPHY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY GRAFF, an individual<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF VALLEJO, a municipal corporation; BRIAN MURPHY as an individual and in his official capacity as a police officer for the VALLEJO POLICE DEPARTMENT; and DOES 1-50, inclusive,<br><br>Defendant. | Case No.  2:18-cv-02848-DAD-CKD<br><br>**STIPULATION AND ORDER FOR INDEPENDENT MEDICAL EXAMINATION OF PLAINTIFF SHERRY GRAFF** |

    IT IS HEREBY STIPULATED by and between Plaintiff Sherry Graff and Defendants City of Vallejo and Brian Murphy, by and through their respective counsel, the following:

    1.    Pursuant to Rule 35 of the Federal Rules of Civil Procedure, the Court may order a party whose mental or physical condition is in controversy to submit to a physical or medical examination by a suitably licensed or certified examiner. See Fed. R. Civ. Proc. 35.

    2.    In this case, a controversy exists regarding the physical condition of Plaintiff and good cause exists for a physical examination of Plaintiff.

    3.    A physical examination of Plaintiff will be conducted by Michael Krosin, MD,

FAAOS, QME, a licensed physician with a specialty in orthopedic trauma. The examination will take place on August 20, 2024, commencing at 3:30 p.m. at 19842 Lake Chabot Road in Castro Valley, California 94546. Dr. Krosin asks that Plaintiff anticipate arriving at 3:15 p.m. for check-in procedures in order for the examination to commence as scheduled at 3:30 p.m.

4. The examination will be conducted for the purpose of determining the nature and extent of Plaintiff's physical injuries and the relationship thereof to the claims which are the subject of this litigation and will consist of all necessary and customary activities required to make such a determination, including, but not limited to, history of the ailments relating to the claims in this lawsuit, radiographic studies, and physical examination and evaluation. No questions will be asked by Dr. Krosin beyond those necessary to ascertain Plaintiff's medical condition, as it relates to her claims in this lawsuit.

5. It is also agreed by and between the parties that:

    a. Plaintiff's counsel may attend the examination;

    b. No invasive or painful procedures will be performed on Plaintiff and no blood will be drawn;

    c. The City of Vallejo will reimburse Plaintiff for her transportation up to the amount of $300.00;

    d. The City of Vallejo will provide a copy of Dr. Krosin's report to Plaintiff. The report must be a detailed written report of the examiner setting out the examiner's findings, including results of all tests made, diagnoses, and conclusions. Fed. R. Civ. Proc. 35(b); and

    e. Plaintiff shall provide Defendants with at least seven (7) days' notice if she needs to cancel the examination. Plaintiff will be responsible for the cancellation fee if she fails to provide timely and appropriate notice or if she fails to appear for the examination. The cancellation fee is $250.00.

**IT IS SO STIPULATED.**

*\*Signatures on following page\**

DATED:  July 25, 2024

/s/ Kristoffer S. Jacob
KRISTOFFER S. JACOB
Assistant City Attorney
Attorney for Defendants,
CITY OF VALLEJO and BRIAN MURPHY

POINTER & BUELNA, LLP

DATED:  July 25, 2024

/s/ Patrick Buelna
PATRICK M. BUELNA
Attorneys for Plaintiff
SHERRY GRAFF

**IT IS SO ORDERED.**

Dated:  August 16, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE