**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert Street, Suite 208
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY GRAFF, | Case No.: 2:18-cv-02848-DAD-CKD |
| Plaintiff, | |
| v. | **PLAINTIFF'S REQUEST TO SEAL** |
| CITY OF VALLEJO, et al. | |
| Defendants. | |

Plaintiff REQUESTS TO SEAL her Exhibit 8 in support of her Partial Summary

Judgment Motion because they are photographs of the injuries on her breasts which is private

and appropriate for seal.

//

//

//

//

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St, Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St, Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

1

2   Dated: September 24, 2024                    Respectfully submitted,

3                                               **POINTER & BUELNA, LLP**
                                                **LAWYERS FOR THE PEOPLE**
4

5                                               By: */s/ PATRICK BUELNA*
                                                PATRICK BUELNA
6                                               Attorney for Plaintiffs

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26