1  **ADANTÉ D. POINTER, ESQ., SBN 236229**
   **PATRICK M. BUELNA, ESQ., SBN 317043**
2  **TREVA STEWART, ESQ., SBN 239829**
   POINTER & BUELNA, LLP
3  LAWYERS FOR THE PEOPLE
   155 Filbert Street, Suite 208
4  Oakland, CA 94607
   Tel: 510-929-5400
5  Website: www.LawyersFTP.com
   Email: APointer@LawyersFTP.com
6  Email: PBuelna@LawyersFTP.com
7  Email: TStewart@LawyersFTP.com

8  Attorneys for Plaintiff

9                       **UNITED STATES DISTRICT COURT**

10                     **FOR THE EASTERN DISTRICT OF CALIFORNIA**

11

12  SHERRY GRAFF,                    )   Case No.: 2:18-cv-02848-DC-CKD
                                     )
13           Plaintiff,              )
                                     )   **NOTICE OF APPEARANCE OF**
14  v.                               )   **COUNSEL**
                                     )
15  CITY OF VALLEJO, et al.          )
                                     )
16           Defendants.             )
                                     )
17  _____  )

18  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

19         I, Treva Stewart, from Pointer & Buelna, LLP – Lawyers for the People, hereby enter

20  my appearance as counsel for Plaintiff in this matter. I am a member of the State Bar of

21  California and am admitted to practice in the Eastern District of California. My address and

22  telephone number are as follows:

23  Treva Stewart
    Pointer & Buelna, LLP
24  Lawyers for the People
    155 Filbert St., Ste. 208,
25  Oakland, CA 94607 Tel: (510) 929 – 5400
    Email: TStewart@LawyersFTP.com
26

1    Please serve said counsel with all pleadings and notices in this action.

2    Dated: March 21, 2025                    POINTER & BUELNA, LLP
                                              LAWYERS FOR THE PEOPLE
3
4                                             /s/ *Treva Stewart*
                                              TREVA STEWART
5                                             COUNSEL FOR PLAINTIFF

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St., Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

NOTICE OF APPEARANCE OF COUNSEL
*Graff v. City of Vallejo*, et al. U.S.D.C. Eastern District of California Case No.: 2:18-cv-02848-DC-CKD      - 2 -