**VERONICA A. F. NEBB**
City Attorney, SBN 140001
**BY: KRISTOFFER S. JACOB**
Assistant City Attorney, SBN 320286
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA  94590
Tel:     (707) 648-4545
Email: kristoffer.jacob@cityofvallejo.net

Attorneys for Defendants CITY OF VALLEJO and BRIAN MURPHY

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY GRAFF, an individual<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF VALLEJO, a municipal corporation; BRIAN MURPHY as an individual and in his official capacity as a police officer for the VALLEJO POLICE DEPARTMENT; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.  2:18-cv-02848-DC-CKD<br><br>**NOTICE OF CONDITIONAL SETTLEMENT** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

The Parties have agreed to settle the above-captioned matter, subject to approval by City Council for the City of Vallejo. The earliest this matter can be heard by City Council is December 9, 2025. The Parties will file a stipulation for dismissal once the settlement is final.

DATED:  November 19, 2025

Respectfully submitted,

*/s/ Kristoffer S. Jacob*
Kristoffer S. Jacob
Assistant City Attorney
Attorney for Defendants
CITY OF VALLEJO and BRIAN MURPHY